No. 43811.—Protest 965836–G of Frank P. Dow Co., Inc. (Seattle).

Opinion by TILSON, J.   On the agreed facts it was held that the articles are in chief value of base metal, not plated nor colored with gold lacquer, and similar to those involved in Kresge v. United States (25 C. C. P. A. 1, T. D. 48975). They were therefore held dutiable at 45 percent under paragraph 397 as claimed.

No. 43812.—Protest 981286–G of Henry Amdur & Son, Inc. (New York).

Opinion by TILSON, J.   The witness described the merchandise as oblong shaped boxes of glass, of length for a cigarette to fit into, approximately 3 inches long by 1½ or 2 inches wide.   On the record presented it was found to be glass boxes.   They were therefore held dutiable at 60 percent under paragraph 1552 as claimed.

No. 43813.—Protests 971703–G, etc., of S. S. Kresge Co. (New York).

Opinion by TILSON, J.   It was stipulated that the three-tubed horns in question are similar in all material respects to those involved in Abstract 40185.   The protests were therefore sustained.

No. 43814.—Protest 975447–G of Steinway & Sons (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, MAY 31, 1940

No. 43815.—Protests 679961–G, etc., of Butler Bros. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the cocoa fiber mats in question are similar to those passed upon in United States v. Penn (27 C. C. P. A. 242, C. A. D. 93).   In accordance therewith the claim at 90 percent under paragraph 1529 (a) was sustained.